/explanation/amendment /1/2/4 /Rely/acts/18 (96, 99, 11, 15, (8) ... 256) ... mental anguish/ [illegible]

FILED

MAY 17 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

/IN/THE/UNITED/STATES/DISTRICT CT/

/FOR/THE/WESTERN/DISTRICT/OF/TEXAS/

/San/Antonio/DIVISION/

SA22CA0550 JKP

/Malcom Brooks/ 9[illegible]3549; [illegible] [illegible]; Johnson [illegible]; Daniel Hernandez [illegible]; Damon Mitchell [illegible]; [illegible] Daniels Wilhelm [illegible]; Anthony Hernandez [illegible]; [illegible] Williams Thomas [illegible]; Clinton Evans [illegible]; Marcel [illegible] 1069470; [illegible] Perez 833468; Timothy Willis 933390; Timothy Conner 182584; Joshua Hall 844029; 380525; Steven Sierra 803791; Anthony R Mejia 555[illegible]; Anthony [illegible] 3401895; [illegible]; [illegible] Martinez [illegible]; Richard Keith [illegible]; Christopher [illegible]; Pascual Del Rose [illegible]; John Olrich [illegible]; Jose Duque [illegible]; Philip Lopez [illegible]; John Guajardo [illegible]; Joseph Chavira [illegible]; Delric Perez [illegible]; Michael Martinez [illegible]; Joel Nathaniel [illegible]; Del[illegible] Evans [illegible]; Daniel Julian Linares [illegible]; Anthony Beecham [illegible]; [illegible] Kimsey [illegible]; David Colton Martinez [illegible]; Rosan Guthrie [illegible]; [illegible] 9[illegible]; [illegible] Ortiz [illegible]; Giovanni Bleinstein [illegible]; Steven Brown [illegible]; [illegible] Park [illegible]; Marshal



Inc.; Albuquerque [illegible] Beverages, Inc.; [illegible]
Beverage Company; [illegible] 48207; [illegible]
[illegible]; Clover Hill Bakery; [illegible] Inc.;
[illegible]; [illegible] Products; [illegible];
[illegible]; [illegible] Square [illegible];
[illegible] Shasbury; Cactus [illegible]; Kraft; [illegible]
[illegible]; [illegible] Soap; Victory Supply; Bob Barker
Supply; [illegible] House [illegible] [illegible];
[illegible]; [illegible] 5744; [illegible] Bowman Co.;
[illegible] 210 [illegible] 5491; [illegible] 210 [illegible] 2457;
[illegible] 210 [illegible] 5100; [illegible] 3413; [illegible] 6043;
210 [illegible] 4574; [illegible] 210 [illegible] 3333; Gabriel 210 838
[illegible]; [illegible] 210 [illegible] 9400; [illegible] 210 [illegible] 5744;
Lucky [illegible] 210 [illegible] 0040; Playtime 210 [illegible]; Alamo
City 210 [illegible] 1988; [illegible] 210 [illegible] 80; [illegible] 210 [illegible]
[illegible]; [illegible] Bowling 210 [illegible] 4000; [illegible] 210 [illegible];
[illegible] 210 [illegible]; [illegible] 210 [illegible] 5000; Texas [illegible]
[illegible]; Triple [illegible] 210 [illegible]; [illegible] 210 [illegible];
[illegible] 210 [illegible] 4242; A1 Best 210 [illegible]; Alamo
City [illegible] 210 [illegible] 4500; Eagle 210 [illegible] 2133; Hermann's
210 [illegible] 8992; Available 210 [illegible]; [illegible] 210 876
2413; [illegible] 210 [illegible] 5800; [illegible] 210 [illegible] 7777
[illegible] Bowling 210 [illegible] 3333; Alamo City [illegible] 210
[illegible] 1988; Eagle [illegible] 2133; [illegible] 210 [illegible] 5487;
[illegible] 210 [illegible] 2244; [illegible] 210 [illegible] 5292;
AAA [illegible] 210 [illegible] 5800; [illegible] 210 [illegible];
Mitchell 210 [illegible] 2245; [illegible] 210 [illegible] 3030;

/San/Antonio/210/2354/[illegible]/Mitchell/BB/San/Antonio/210
/354/2124151; /Bexar/Bond/Boy/210/533/9600/Around/the/Clock/
/210/905/[illegible]/River/City/210/271/[illegible]/United/States/
/Postal/Service/210/271/[illegible]/Marquis/Law/Enforcement
/512/424/2400; /Dept./of/Justice/512/[illegible]/ECOLAB
/Place/[illegible]/Secure/[illegible] 310/Campaign/Drive/Suite/400
/Garland/TX/75042; /Bexar/County/Criminal/District
/Attorney/101/W. Nueva/4th/Floor/78205/ Mary/Angie/Garcia
/District/Clerk/Bexar/County/Texas/ Tamara/Strauch,
/Assistant/Criminal/District/Attorney/Bexar/County/Judge/
/Catherine/Torres/Stahl/175th/District/Court; /VIA/TRANSIT/
/VIA/TRANSIT/POLICE; /Bexar/County/Sheriff/ 315/S./Santa/
/Rosa; /Governor/Greg/Abbott/512/463/2000; /University/
/Health/Systems/ CEO/of/University/Health/Systems/Brian/Alsup/
/University/Hospital/[illegible]/Medical/78207; /[illegible]/515
S./Flores/Main/Plaza/78207; /Attorney/General/ 106/S./St./
/Mary's/St #445/78205/ Acadian/Medical/ Tiger/Sanitation/
/210/533/[illegible]/United/Postal/Service/ Federal/Express/
/Service/4th/Court/of/Appeals/ Criminal/District/Center/300/
/Dolorosa/78205; /District/Clerk's/Office/Criminal/
/Section/101/W./Nueva/ Ste 217/78205; /Roman/Catholic/
/House/of/Prisoners/115/Main/Plaza/78205; /City/of/San/
/Antonio/Municipal/Ct. 401/S. Frio/78207; /Bexar/Com-/
mission/Bail/Standard/ 300/W./15th/St. 503/78701,/
/[illegible]/512/463/[illegible]/512/463/[illegible];/
/U.S./Federal/Courts/[illegible]/El/Dorado/Blvd/78206/[illegible]/
/Ombudsman/2020/Cannel/2021/Cannel/2022/Cannel;/

/Bexar/County/Sheriff [illegible] Dept [illegible]

[illegible] omissions/

acts [illegible] 42 USC [illegible] (43) [illegible]

[illegible]

/Bexar County/Sheriff/"Special/Emergency Response Team" [illegible]

[illegible]

/4/3/22 /45[illegible] /[illegible] /[illegible] /[illegible] /[illegible] /[illegible]; Travis County
PD / [illegible] PD / [illegible] / [illegible] / Police /
Wilson County PD / Wilson County Sheriff's / Travis
County Sheriff's / ~~EMERY ELLERY L. CARTER~~, ELL
/ Burnett Police Dept / Hays County Sheriffs / Hays
County Police Dept / New Braunfels Police Dept /
Comal County Sheriffs / Comal County Police Dept /
/ Classification / Cpl. [illegible] / Classification / Officer
/ C[illegible] / Classification Officer [illegible] / Rodriguez
/ Ofc. R. Rodriguez / Ofc. M. [illegible] / Grievance / Grievance
/ Ofc / M. ~~REGALDO~~ REGALADO / Cpl. S. McIntosh / Grievance
/ Grievance Ofc / [illegible] / Grievance Cpl / M. [illegible],
/ Inmate Worker Coordinator Ofc. / S. Hernandez,
/ Classification / Sergeant / Sgt / [illegible] / Classification
/ [illegible] / Discipline / [illegible] / Cpl / M. [illegible] / Cpl / S. [illegible]
/ Classification Sgt / SGT / A. MORENO / MT / Corporal /
/ CPL [illegible] / Shift Commander Lt / C. Hendricks / MT / [illegible]
/ Cpl / C. [illegible] / ~~MT CORPORAL CPL. P.~~, Sgt / Sgt / MT [illegible] /
/ MT / [illegible] / [illegible] / Hendricks / [illegible] / [illegible] Sgt /
/ [illegible] / [illegible] / [illegible] / [illegible] /
/ CORPORATIONS / [illegible] / falsehoods / corporate / omission /
/ [illegible] / 12 USC [illegible] / 18 (9a) / Banking Supervisor
/ [illegible] / [illegible] / [illegible], Banking Supervisor /
/ Ms. [illegible] / [illegible] / Banking [illegible] / Ms. /
/ J. [illegible] / Business [illegible] Supv. / [illegible]
/ [illegible] / Banking Supv. / Ms. M. / [illegible] / Brianna /
/ Broich, [illegible] / [illegible] / ~~BANKING SUPV. MS.~~

ARAGULE CORP./

/Banking Clerk Ms. T. Direnzo Donado / Mrs. Kelley/ Reyes / Banking Clerk Ms. A. Martinez / Banking Clerk Ms. B. Bergman / Banking Clerk Ms. M. Galindo / ~~Banking Clerk Ms. B.~~ / Clothing / Prop-Entry Supervisor / Mr. D. Brown / Said Property / SSS / Academic / Ed. / Clothing / Shift / Ms. Balmond / B. Hernandez / E. Love / Commissary / Rep. / Soto / Aramark / Food / Director / Mr. M. McGinley / ISS / Dav Ms. H. Davenport, P. Reynosa / [illegible] / Match / Patch / Mr. A. Flores / Re-Entry Technician / Mr. L. Olivan / Reentry Technician / Mr. Dustin / Match Patch / Mr. D. Flores / Sk. Holguin, Law Librarian / Clerk Ms. K. Figueroa / Law Library Clerk Ms. Sh. Malloy / Law Librarian Mr. De la Montoya / Reuben Resendez / Mailroom Supervisor / Mr. D. Hernandez, Law Librarian / Clerk Ms. H. Garza / Social Services / Tech Ms. Segovia / Social Services / Becky Moriceli / Moreno / Isabel Monquia / Sylvia Kreidler / Aramark Foods Inc., City Council / Lucifer Lightning / Cisco Networks / Spectrum, Greater Metropolitan / San Antonio Police Department, The Competency Interviewer / Judge [illegible] / 144 / Court Access / Court TV / Justice TV / Catholic Book Publishing Corp. / American Bible Society / Philadelphia / The Gideons International / Carson / Dellosa / Publishing / [illegible] / Houghton Mifflin Harcourt Publishing Company. /

~~V. what: the hostaging taking, human trafficking, kidnapping kidnapping and terroristic tortures of those of false presumption of~~

~~V. what: the hostage taking, USCAnn 18 (ch 77) title 18 (ch 77); human trafficking act USCAnn title 18 (ch 77); kidnapping act USCAnn title 18 (ch 55); and terroristic tortures acts USCAnn. title 18 (113B); 18 (113C); of a corporation act USCAnn:~~

~~V. what: the hostage taking, acts of USCAnn title 18 (ch 77); 18: under the 18 (12, 13 § 240, 241, 248, 249~~

V. what: the hostage taking acts of USCAnn. title 18 (ch 77); human trafficking acts of USCAnn title 18 (77); kidnapping act of USCAnn title 18 (ch 55); and tortious terroristic acts, USCAnn title 18 (ch 113B): 18 (113C); of a corrupt corporate organization acts of USCAnn. title 18 (ch 96) and those who have or are of and affiliated conspiratory acts of USCAnn. 18 (ch 19) and those who are in full awareness as well as that [illegible] would pronounced otherwise of the as contributors, supporters and benefactors of said corruption under the color of law, as acts USCAnn. 18 (chapter 13 § 240, 241, 248, 249); 18 (ch 12) of omissions of Amendments 2, 3, 4, 14; 14 compelled will if any common n with the omissions of and are - you have to apply this, yes, or false.

personation 18(43) omission amendment #12 the omission of amendment 13 have been confined to be and have to be of preparations against those acts 18(43) omission and 12 even now; who there as well as previously stated of all representation representation as law as of defendant of fact USC title 18(43) false personation of law everything else all for the support of contribution is of this corrupt organization acts USC 18(96); conspiracy acts USC 18(19) against the native American People act USC title 18(69); 18(53); 18(41) under the color of law act USC 18(1358, 4241); 18(12) where act USC title 18 (ch 85) 2000 ... ... where ... arrest 1997 first detention ... first physical confrontation by ... a hospital visit which was denied ... 2015

22/4/4/29 ... Case 1-30... People ... county

Relief - immediate release for all inmates w/ compensation except those of the above stated ... injury ... $137 mill per hour per day of incarceration in a hostage research group since first day ... incarceration ... previously stated RESTITUTION ... 10x the initial punitive damages 8x the initial pain and suffering 17x as initial time wages 35x as initial medical billing $135x as initial dependents 85x as initial ... 63.5 as initial household as initial

/NDT./

~~V 1/2~~ /Corporate/Hostages -/listed/Plaintiffs/of/ 2011/N. ~~[illegible]~~/
V½ /Coll Mall/78207-3505/ 210/335/6374// 210/335/8477//
/Fall suit and Litigants/Loma-Amendments// 1/14/11/14/
/-18(96,11,15)12,13§240/241/248/249//Petitioned/Loma-/
/amendments// 1/5/9/10/14/-18(69,53,15,11,96)12,13§240/
/241/248/249/ Inmates/Loma-Amendments/2/4/5/6/8/
/13/14/10/-18(87,67,96) ~~42(21(cc))~~ 12,13§240/241/248/249)
/42(21:(cc))/:Hostages/Loma-Amendments//1/2/3/4/8/
/13/14/-18(115,55,77,35,96)12,13§/240/241/248/249/:/
/subject/Loma-amendment/4/5/6/7/8/10/11/13/14/
/19/-18(115,77,69,53,11,96) ~~125~~ 12,13§/240/241/248/249)
~~4,15~~)/Research/Subjects/Loma-amendments// 1/3/4/5/8/
/13/14/19/18/21/-18(115,77,313,11,96) 109-110A,7,10,11b) 12,13§
/240/241/248/249)/42(4,16(cc),21(cc))2)/Patients Loma-/
/amendments// 1/3/4/5/8/14/18/19/21/-18(115,77,109-/
/110A,7,10,11b,96)12,13§/240/241/248/249/)313,11) 42(20-22,4)
/; Laborers/Loma-amendments/8/13/14/-18(77,57,115,96)
/12,13§240/241/248/249/; Account Holders Loma-amend-
/ments/1/4/5/7/8/14/-18(96,98/152/153/154/105) 96/
/12,13§/240/241/248/249 //Plaintiffs/Complainants/
/Loma-Amendment 1/5/6/7/11/14/-18(69,53,15,11,96)/
/12,13§/240/241/248/249/;/Citizens/Loma-Amendments/
/14/-18(4,69,53,96)12,13§/240/241/248/249// Natives Loma-/
/amendments/1/4/14/-18(115,77,69,53,96)12,13§/240/241/
/248/249/;/Americans/Loma-Amendments/10/14/-18(96,11/
/15,69,53)12,13§240/241/248/249/-18,115)/Persons Loma-/
/amendments/14/10/-18(96,11,15,69,53)12,13§/240/241/248/

/249//;//Convicts//Comi-ammendments///2//5//6//8//14//-18/
(11,85,65,96,221)12,13$/240//241//248//249//;//Prisoners//Comi-/
/ammendment//2//14//-18(.96,77,47,87,35)12,13$240//241//
/248//249//Detainees//Comit-/ammendments//5//14//-18(77/
/35,96,87)12,13$240//241//248//249//;//Businesses//Comi-/
/ammendment//14// Dirhiches//3$6//9//10//12$4//13$21//3//14//-
/-18(25,43,33,96,9$152//153//154//155//)12,13$240//241//248/
/249//)34(101sc39)//Disabled people//as people//Comi-ammend-/
/ment//1//2//3//11//-18(96,11,69)12,13$/240//241//248//249/
/Yous of kind//all people//Comi-/ammendments//1//2//12//-18(11,
/15,53,69,96)12,13$/240//241//248//249//;as/a culture Comit-/
/ammendment///4/8/14//-18(11,15,109-110A,41,53,~~96~~ 69,96)/
/12,13$240//241//248//249//;total society Comi-/ammendments/
///4/5/14//-18(15,11,69,41,109-110A,96,115,77)12,13$/240//241/
/248//249//;//Kidnapped//Comi-ammendments//1//3/4/5//8/
/13/14//-18(55,77,115,96)12,13$/240//241//248//249//;//Trafficked/
/Persons Comi-ammendments//1//2/4/8/13/14//-18(55,77,96/
/115)12,13$/240//241//248//249)~~42(20-22)~~/System//"Monks"/
/Comi-ammendments///2/4/5/8/13/14//-18(4,7,69,53,/
/96)50A,51,90A,74)12,13$/240//241//248//249//)42(20-22)/
/34(105);"Representations" of all Listed as "Strand-/
/ment//"Comit-/ammendment//14//-18(43,33,25,69,53,96/
/41,31)12,13$240//241//248//249/

22.4.6.29.6.07 (UCC 1-308 Pwlwg $587)

¶2 Relief cont. - initial/defined/by/vinegulas/ as $587 mill per hour of incarceration as of "inmates" in a hostage research group every hour of incarceration since of July 2015 // restitution $583 mill as initial // punitive damages // mental anguish $480 mill as initial // mental anguish $783 mill as initial // pains & sufferings // $583 mill as initial // time & wages 35 bill // as initial // medical/billing // $5.5 bill // as initial // dependents // $43 bill per dependent // as initial // religious effects & artifacts $75 mill per effect & artifact // as initial // equipment & material // $84 mill per effect // as initial // house hold exp // fortification // $8.3 mill per expense // as initial.

¶3 Relief cont. - due to in jail mutilation and molestation and unlawful radio tagging act // and amendments 2, 4, 5, 14 USC and title 18(65): 18(7): 18(109A)(110)(110A): 18(37): 18(206) - immediate release and debugging monetary relief upon release for escape & rescue 18(35) for family and friends the same screening and removal's and full compensation as initial as defined by vinegule as $85 bill hour after RFID Reception from date of arrest tagging and activation // restitution $35 bill // as initial // punitive damages // $87 bill // as initial // mental anguish // $84 bill as initial // pains & sufferings // $487 bill // as initial // time & wages as initial // medical & billing // $185 bill // as initial // dependents // as initial // religious effects & artifacts $87 mill // as initial // materials & equip // $87 mill // as initial // household exp // fort // $175 bill // as initial

who: / This is done by way / so called / Corporate / Official of many / County / any "Sheriff's" many / Police / Dept. W/ all Law / practices / as the / main / West / named / Bexar / County / Sheriff's / SAPD / Parks / Rec / Dallas / Staff / all / employee / @ / [illegible] / Comal /

How: / All defendants are / guilty / all contributions / and / are / responsible / whether / by / representation / of support / [illegible] vendors / to / owners / to / share- / holders / of a / corrupt / Organization / under the / color / of / law / 18 (19,96) 18, 15, 12, 13 § 240 / 241 / 242 / 249 / and / 2 (18 [19, 96, 26) 43, 93, 67) 12, 13 § 240 / 241 / 242 / 249) /

Relief - immediate / litigant / enforced / change of and / restraint orders against / all accused / plus / all / according / to / all / procedures / Complaint / and / grievance / relief /

/ Dying / Man / extremely / receding / gum line / spots / along / hairline / and gone / back / at least / a half inch / in / jail / till / Eyebrows / have / thinned / and / strange / dis- / coloration / of / skin / along / w/ / hand /

Robert Rouse
CA 1-309
Pre-Con
# 01850775

~~V 143~~ V3 When: as ~~V 142 V2~~
Where: as V 142 V2
What: There is a perfect or near-perfect semi-circle erosion on the ~~right side, rear~~ right side rear top gum line. How this happened in here-Down on (ITD) X? It was grown as well. May not be a disease, but is cruel and unusual punishment ~~inflict~~ inflicted. Amendment 8, and 4 omissions as in a mighty "right of the people to be secure in their persons, houses..." per virgule per inmate per SID digit
Who: How the hell should I know, it happened while I was in jail.
How: same as V 142, I was in jail as part of what ever it is it may be called "experimentation" Then I received a RFID chip in this bitch of looking. Now they all in my mouth and I have a few broken teeth to go along with that. This shit done under the color of law. 7/18 (2, 13; 240 p 4)
Relief: same as V 142

Prince Dubose
JCC 308