UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELLERY CARTER, SID #00681667, | § § § | |
| Plaintiff, | § § | SA-22-CV-550-JKP |
| v. | § § | |
| OLIVETTE PRODUCTS, L.L.C., ET AL., | § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff Ellery Carter's claims pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Carter's claims against Olivette Products, L.L.C., Et Al., are **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

SIGNED this 1st day of June, 2022.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE